UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DISTRICT

No. 4:10-mj-01052-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| JOSHUA A. PETTYJOHN | ) | |

The Government's motion is hereby granted. The case is dismissed.

SO ORDERED. This the 12th day of October 2010.

_____
LOUISE W. FLANAGAN
Chief U.S. District Court Judge